

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2018

No. 04-17-00557-CV

James E. **WALLACE** Sr.,
Appellant

v.

Letitia Ann **WALLACE**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-08704
The Honorable Angelica Jimenez, Judge Presiding

# O R D E R

The appellee's unopposed second motion for extension of time to file brief is hereby GRANTED. Time is extended to April 20, 2018. "No Further Extensions without extraordinary circumstances."

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court